**No. 52845.**—Oscar Leistner, Inc., et al. *v.* United States, protests 68955–K, etc. (Los Angeles, etc.).

Opinion by RAO, J. The protests were dismissed.

BEFORE THE THIRD DIVISION, JANUARY 25, 1949

**No. 52846.**—Everett Trading Co., Inc., et al. *v.* United States, protests 143608–K, etc. (New York).

Opinion by CLINE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 52847.**—Geo. J. Higginson et al. *v.* United States, protests 53261–K, etc. (Baltimore, etc.).

Opinion by EKWALL, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 52848.**—Olaf Hertzwig Trading Co., Inc., et al. *v.* United States, protests 664600–G, etc. (New York).

Opinion by JOHNSON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 52849.**—Charles W. Baum Co. et al. *v.* United States, protests 132682–K, etc. (New York).

Opinion by JOHNSON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE SECOND DIVISION, JANUARY 27, 1949

**No. 52850.**—Quon Quon Company et al. *v.* United States, protests 129711–K, etc. (Los Angeles, etc.).

Opinion by LAWRENCE, J. The protests were dismissed.

**No. 52851.**—Butler Bros. et al. *v.* United States, protests 51031–K, etc. (New York).

Opinion by TILSON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.